THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Freddie Eubanks, Appellant.
 
 
 

Appeal from Aiken County
  Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2008-UP-662
 Submitted December 1, 2008  Filed
December 4, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: Freddie Eubanks appeals his guilty plea to use of a vehicle without
 consent.  He maintains his guilty plea failed to conform with the mandates set
 forth in Boykin v. Alabama, 395 U.S. 238 (1969).  Specifically, Eubanks asserts
 the trial court failed to ensure he was aware of the constitutional rights he
 was waiving by pleading guilty.  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Eubanks appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J., SHORT and KONDUROS, JJ., concur

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.